# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159516(77)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,
,

Megan K. Cavanagh,
Justices

v

      SC:  159516
      COA:  343154
      Wayne CC:  17-005253-FC

TRESHAUN LEE TERRANCE,
      Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before November 27, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    October 31, 2019            

                                Clerk